**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Arthur D. Scalzitti<br>    aka Dan Scalzitti,<br>  aka Daniel Arthur Scalzitti,<br>   aka Dan Scalzitti, Jr.,<br>  aka Arthur Daniel Scalzitti, Jr.,<br>   aka Arthur D. Scalzitti,<br>   aka Arthur Daniel Scalzitti,<br>    aka A. Daniel Scalzitti<br>                Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-24459 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholder of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA6 and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Attorney for Movant/Applicant