## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Arthur D. Scalzitti, : | Bankruptcy No. 17-24459-JAD |
|     Debtor. : | |
| : | Chapter 7 |
| Arthur D. Scalzitti, : | |
|     Movant, : | Related to Documents No. 1 |
| vs. : | Doc. # 9 |
| : | |
| No Respondents. : | |

## ORDER OF COURT

AND NOW to wit, this __20th__ day of __November__, 2017, upon consideration of the within Motion to Extend Time to Complete Bankruptcy Petition, it is hereby ORDERED, ADJUDGED and DECREED that the within Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Debtor must file the remaining documents, completing the filing of the bankruptcy petition, on or before the __27th__ day of __November__, 2017.

IT IS FURTHER ORDERED:  n/a

BY THE COURT:

FILED
11/20/17 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jsf_____ J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Arthur D. Scalzitti
    Debtor

Case No. 17-24459-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Nov 20, 2017
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db        Arthur D. Scalzitti,    1009 Fairway Oaks Drive,    Jeannette, PA   15644-9691

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholder of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 bkgroup@kmllawgroup.com
        James R. Walsh    jwalsh@spencecuster.com,
        trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
        Lawrence R. Burns    on behalf of Debtor Arthur D. Scalzitti lawburns1@gmail.com, faithaburns@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        TOTAL: 4