Form 131

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Arthur D. Scalzitti**
**aka Daniel Arthur Scalzitti, aka Dan Scalzitti Jr., aka Dan Scalzitti,**
**and others...**
   Debtor(s)

Bankruptcy Case No.: 17−24459−JAD

Chapter: 7

Docket No.: 14 − 10

### CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **November 3, 2017** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **November 27, 2017** and failure to meet that deadline would result in the dismissal of the case.

As of **November 29, 2017,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes<br>Clerk

### ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order*.

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: November 29, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-24459-JAD
Arthur D. Scalzitti                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2               Date Rcvd: Nov 29, 2017
                              Form ID: 131            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
db              Arthur D. Scalzitti,    1009 Fairway Oaks Drive,    Jeannette, PA 15644-9691
14723523       +Alpine Financial Solutions, Inc,    3600 South Beeler Street, Suite 300,    Denver, CO 80237-1835
14723525       +American Express Bank FSB,    c/o Jordan W. Felzer Esq.,    102 Browning Lane,
                 Building B, Suite 1,    Cherry Hill, NJ 08003-3195
14723528       +Cach, LLC,    c/o Allen C. Smith, Esquire,    1276 Veterans Highway,    Suite E-1,
                 Bristol, PA 19007-2597
14723529       +Discover Bank,    c/o Matthew D. Urban, Esq.,    2500 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1826
14723531       +Dominion Energy Solutions,    P.O. Box 298,    Pittsburgh, PA 15230-0298
14723533       +Monogram Credit Services Sam's Club,    c/o The Borland Law Firm. LLC,    P.O. Box 671136,
                 Marietta, GA 30066-0136
14723534       +One Source Water,    8 Two Mile Road, Suite 102,    Farmington, CT 06032-2513
14723539        PNC Bank, National Association,    P.O. Box 5570,    Cleveland, OH 44101-0570
14723535        Pennsylvania Department of Revenue,    Bureau of Compliance,    Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
14723537        Peoples,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14723538        Phillips & Cohen Associates, Lts.,    Mail Stop: 661,    1002 Justison Street,
                 Wilmington, DE 19801-5148
14723544       +Razor Capital LLC,    c/o Joel M. Flink, Esq.,    375 East Elm Street Suite 210,
                 Conshohocken, PA 19428-1973
14723543       +Razor Capital LLC,    c/o Frederic I. Weinberg, Esq.,    375 East Elm Street Suite 210,
                 Conshohocken, PA 19428-1973
14723546       +S&T Bank,    PO Box 190,    Indiana, PA 15701-0190
14723547       +Security Credit Services LLC,    2623 W. Oxford Loop,    Oxford, MS 38655-5442
14723548       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
14723549       +Tax Claim Bureau of Westmoreland County,    c/o Timothy C. Andrews, Esq.,
                 2 North Main Street Suite 103,    Greensburg, PA 15601-2422
14723553       +Yellow Book Sales,    c/o Amato Keating & Lessa,    107 North Commerce Way,
                 Bethlehem, PA 18017-8913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QJRWALSH.COM Nov 30 2017 01:03:00     James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 00:59:11     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: BECKLEE.COM Nov 30 2017 01:03:00     American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern, PA  19355-0701
14723524       +EDI: AMEREXPR.COM Nov 30 2017 01:03:00     American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
14723526       +EDI: TSYS2.COM Nov 30 2017 01:03:00     Barclays Bank Delaware,    700 PRIDES XING,
                 Newark, DE 19713-6102
14723527       +EDI: RESURGENT.COM Nov 30 2017 01:03:00     Cach, LLC,    4340 S. Monaco Street, 2nd Floor,
                 Denver, CO 80237-3485
14723530        EDI: DISCOVER.COM Nov 30 2017 01:03:00     Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850
14723532       +EDI: MID8.COM Nov 30 2017 01:03:00     Midland Funding,    8875 Aero Drive Suite 200,
                 San Diego, CA 92123-2255
14723540        EDI: PRA.COM Nov 30 2017 01:03:00     Portfolio Recovery Associates,
                 120 Corporate Blvd Suite 100,    Norfolk, VA 23502
14723541       +E-mail/Text: samantha.vogt@razor-capital.com Nov 30 2017 00:59:47     Razor Capital LLC,
                 8000 Norman Center Drive,    Bloomington, MN 55437-1178
14723545       +E-mail/Text: bkdepartment@rtresolutions.com Nov 30 2017 00:59:28     Realtime Solutions,
                 1349 Empire Central Dr Suite 150,    Dallas, TX 75247-4029
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
cr              The Bank of New York Mellon FKA The Bank of New Yo
14723536*       Pennsylvania Department of Revenue,    Bureau of Compliance,    Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
14723542*      +Razor Capital LLC,    8000 Norman Center Drive,    Bloomington, MN 55437-1178
14723550*      +Tax Claim Bureau of Westmoreland County,    c/o Timothy C. Andrews, Esq.,
                 2 North Main Street Suite 103,    Greensburg, PA 15601-2422
14723551*      +Tax Claim Bureau of Westmoreland County,    c/o Timothy C. Andrews, Esq.,
                 2 North Main Street, Suite 103,    Greensburg, PA 15601-2422
14723552*      +Tax Claim Bureau of Westmoreland County,    c/o Timothy C. Andrews, Esq.,
                 2 North Main Street, Suite 103,    Greensburg, PA 15601-2422
                                                                                TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Nov 29, 2017
                              Form ID: 131            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:

```
          James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholder of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 bkgroup@kmllawgroup.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
           ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
          Lawrence R. Burns    on behalf of Debtor Arthur D. Scalzitti lawburns1@gmail.com,
           faithaburns@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 4
```